

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. PD-0855-11

---

**DAVID CEPEDA JONES, Appellant**

**v.**

**THE STATE OF TEXAS**

---

### ON REHEARING OF APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE FOURTH COURT OF APPEALS BEXAR COUNTY

---

*Per curiam.*

### O P I N I O N

Appellant seeks to file a petition for discretionary review from the Court of Appeals' dismissal of his appeal. *Jones v. State*, (Tex. App. — San Antonio, No. 04-11-00164-CR, delivered April 13, 2011). Appellant's petition for discretionary review was dismissed as untimely filed on June 22, 2011. Appellant has filed a motion for rehearing requesting reinstatement of his petition so that it will be considered by this Court.

Appellant's motion for rehearing is granted. His petition filed in this Court on June 15, 2011, is reinstated as of August 24, 2011, and will be considered in accord with Tex.R.App.P. 68.


Delivered August 24, 2011
Do not publish